**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

JUAN ARIEL LABRADA RODRIGUEZ,

Petitioner,

v.

WARDEN WEST TENNESSEE DETENTION CENTER, FIELD OFFICE DIRECTOR NEW ORLEANS OFFICE, ICE Enforcement and Removal Operations; DIRECTOR U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, SECRETARY OF HOMELAND SECURITY, and ATTORNEY GENERAL OF THE UNITED STATES, [1]

Respondents.

No. 2:26-cv-03502-TLP-tmp

---

**ORDER DIRECTING CLERK TO DELIVER COPY OF PETITION, DIRECTING RESPONDENT TO SHOW CAUSE, DIRECTING PETITIONER TO REPLY, AND DENYING TEMPORARY RESTRAINING ORDER AS MOOT**

---

Pro se Petitioner Juan Ariel Labrada Rodriguez, a noncitizen detained in the West Tennessee Detention Facility in Mason, Tennessee, petitions pro se for habeas corpus relief under 28 U.S.C. § 2241. (ECF No. 2.)

The Court respectfully **DIRECTS** the Clerk to deliver a copy of the Petition, all attached documents, and this Order to the United States Attorney for the Western District of Tennessee

---

[1] The proper respondent to the § 2241 Petition is the United States Immigration and Customs Enforcement District Director for the district in which the alien is being detained. *See Roman v. Ashcroft*, 340 F.3d 314, 320–22 (6th Cir. 2003). The Court therefore respectfully **DIRECTS** the Clerk to name **"Christopher Bullock"** as Respondent and to terminate all other named Respondents.

electronically at the following email address: **jason.martin3@usdoj.gov**. The Clerk shall do so within **three (3) days** of this Order.

Under the Court's authority under the All Writs Act, 28 U.S.C. § 1651, the Court **ORDERS** Respondent not to remove Petitioner from the Western District of Tennessee while the § 2241 Petition is pending. *See A.A.R.P. v. Trump*, 145 S. Ct. 1364, 1369 (2025).

Given the issues raised in the § 2241 Petition, the Court **ORDERS** Respondent to show cause in writing within **three (3) days** of service why the § 2241 Petition should not be granted. *See* 28 U.S.C. § 2243.

The Court further **ORDERS** Petitioner to file a reply to Respondent's return within **three (3) days** of service. Failure to comply with this requirement may justify the Court dismissing the Petition without further notice. *See* Fed. R. Civ. P. 41(b).

Petitioner also filed a Motion for Temporary Restraining Order to enjoin Respondent from removing, deporting, or transferring him from the Western District of Tennessee while his Petition is pending. (ECF No. 3.) But the Court's Order has already provided Petitioner this relief. As a result, the Court **DENIES** Petitioner's Motion for Temporary Restraining Order and Preliminary Injunction as **MOOT**.

The Court will set a hearing by separate order if necessary. *See* 28 U.S.C. § 2243.

**SO ORDERED**, this 6th day of November, 2026.

s/ Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE